## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STEVE MANNING, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-16-01397-D |
| | ) | |
| MDOW INSURANCE COMPANY, a foreign | ) | |
| insurance company; COLUMBIA LLOYDS | ) | |
| INSURANCE COMPANY, a foreign | ) | |
| insurance company, | ) | |
| Defendants. | ) | |

## STIPULATION OF DIMSISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Steve Manning, Plaintiff, as well as

Defendants, MDOW Insurance Company, a foreign insurance company and Columbia

Lloyds Insurance Company, a foreign insurance company, do hereby stipulate that the

above-styled and numbered action shall be, and hereby is, dismissed in its entirety with

prejudice.  The parties shall be solely responsible for their own attorneys' fees and costs.

RESPECTFULLY SUBMITTED,

/s/ Woodrow K. Glass
Stanley M. Ward, OBA#9351
Woodrow K. Glass, OBA#15690
Barrett T. Bowers, OBA#30493
Jonathan M. Irwin, OBA#32636
WARD & GLASS, L.L.P.
1601 N.W. 36th Street
Norman, Oklahoma 73072
(405) 360-9700
(405) 360-7902 (fax)
woody@wardglasslaw.com

-and-

BROCKMAN LAW, PLLC
Scott F. Brockman, OBA #19416
10601 S. Western, Suite 117
Oklahoma City, OK  73170
(405) 703-2499
(405) 703-4499 (fax)
scott@brockmanlawpllc.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2018, a true and correct copy of the above has been delivered via ECF to all attorneys of record.

Hilary S. Allen, OBA #16979
David B. Donchin, OBA #10783
DURBIN, LARIMORE & BIALICK
920 N. Harvey
Oklahoma City, OK  73102-2610
(405) 235-9784
(405) 235-0551  (fax)
dlb@dlb.net

/s/ Woodrow K.Glass
Woodrow K. Glas